

# NUMBER 13-23-00528-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

AVEANNA HEALTHCARE AS, LLC,                                    Appellant,

v.

YAQUELIN RANGEL,
INDIVIDUALLY AND AS NEXT
FRIEND OF A.I.C., A.H.C., AND
A.J.C., MINORS, AND AS
PERSONAL REPRESENTATIVE
OF THE ESTATE OF AARON
HIGINIO CORTEZ, DECEASED,
JESSICA HERNANDEZ AS NEXT
FRIEND OF C.V.C., A.I.C., AND
C.R.C., MINORS, AND SANTOS
LIDIA CORTEZ, INDIVIDUALLY,                                    Appellees.

## ON APPEAL FROM THE 275TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Justices Silva, Peña, and Fonseca
### Memorandum Opinion by Justice Peña

This cause is before the Court on the parties' "Joint Motion to Reverse and Remand Pursuant to Settlement." The parties advise the Court "that they have reached a confidential settlement of all issues between them."

We construe this joint motion as a motion for voluntary dismissal of the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(B) (providing that, "[i]n accordance with an agreement signed by the parties or their attorneys and filed with the clerk" we may "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement").

The Court, having considered the documents on file and the joint motion by the parties, is of the opinion that the motion should be granted. We grant the amended joint motion, vacate the trial court's amended final judgment signed on September 1, 2023, dismiss the appeal, and remand the case for rendition of judgment in accordance with the parties' agreement. *See id.*; *see also Menard v. Cathey*, No. 13-23-00396-CV, 2024 WL 5087389, at *1 Tex. App.—Corpus Christi–Edinburg Dec. 12, 2024, no pet.) (mem. op.). Upon remand, the trial court shall conduct a settlement hearing to approve the parties' settlement involving minors, including the appointment of a guardian ad litem; enter an agreed final judgment that dismisses, with prejudice, the lawsuit under the terms as agreed; and enter an order releasing appellant's supersedeas bonds.

Costs are taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
1st day of May, 2025.